UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BUCHLER,

           Plaintiff,

Case No.: 04-CV-72488-DT

vs.

HON. ARTHUR J. TARNOW
MAG. JUDGE WALLACE CAPEL, JR.

COMMISSIONER OF
SOCIAL SECURITY,

           Defendant.

_____/

**FILED**

AUG 0 5 2005

CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on July 13, 2005, as well as any objections filed thereto,

**IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this Court.

ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE

Dated: AUG 0 5 2005